UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JORGE PADILLA, on behalf of himself and
others similarly situated,

                Plaintiff,                **ORDER**

v.

                                   24-CV-04642 (PMH)

QUICK STOP DELI AND CONVENIENCE
INC., et al,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 32). Accordingly, it is hereby **ORDERED** that the parties shall file, by **January 3, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

                                            SO ORDERED.

Dated: White Plains, New York
       December 16, 2024

                                            PHILIP M. HALPERN
                                            United States District Judge