UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JORGE PADILLA,
*individually and on behalf of others similarly situated,*     Civil Action No. **24-cv-04642-PMH**

                  *Plaintiff*,     [~~Proposed Form Of~~]
**JUDGMENT**

    -against-

QUICK STOP DELI AND CONVENIENCE
INC (D/B/A QUICK STOP DELI),
SADIQALI CHANDRANI, and HARJINDER
SINGH,

                  *Defendants,*
-----------------------------------------------------------------X

## **JUDGMENT**

On December 30, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JORGE PADILLA, have judgment against QUICK STOP DELI AND CONVENIENCE INC (D/B/A QUICK STOP DELI), and HARJINDER SINGH, jointly and severally, in the amount of Sixty Thousand Dollars and No Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

Dated: __December 30__, 2024
       White Plains, New York

                                                  _____
                                                  HON. PHILIP M. HALPERN
                                                  UNITED STATES DISTRICT JUDGE